LA

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
11/5/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
EC SEP 26 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAIME SANCHEZ
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case No: 18-CV-4080
(To be supplied by the Clerk of this Court)

OFFICER THOMAS SHIFT 3-11
OFFICER LAGUNAS SHIFT 3-11
SUPERINTENDANT YOUKSOULIAN DIV 8 RTU
SHERIFF TOM DART

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    **AMENDED COMPLAINT**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.** **Plaintiff(s):**

A. Name: JAIME SANCHEZ

B. List all aliases: NA

C. Prisoner identification number: 20171112181

D. Place of present confinement: CCDOC

E. Address: Po Box 089002 CHICAGO IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: YOUK SOULIAN, MARTHA

Title: SUPERINTENDANT DIV 8-RTU

Place of Employment: CCDOC

B. Defendant: TOM DART

Title: SHERIFF

Place of Employment: COOK COUNTY

C. Defendant: THOMAS

Title: OFFICER 3-11 SHIFT DIVISON 8

Place of Employment: CCDOC

D. Defendant: LAGUNAS

Title: OFFICER 3-11 SHIFT DIVISION 8

Place of Employment CCDOC

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: __NONE__

   B. Approximate date of filing lawsuit: __NONE__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NONE__

   D. List all defendants: __NONE__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NONE__

   F. Name of judge to whom case was assigned: __NONE__

   G. Basic claim made: __NONE__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NONE__

   I. Approximate date of disposition: __NONE__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

#1 CLAIM. ON 4-11-18 I TOLD DEFENDANTS THOMAS AND LAGUNAS THAT I WAS BEING THREATENED WITH HARM BY FELLOW INMATES ABOUT HAVING THE TV CHANGED TO THE HISPANIC CHANNEL FOR ONE HOUR PER CCDOC POLICY. THE DEFENDANTS TOLD ME "WE DONT CARE". BEING DELIBERATLY INDIFFERENT TO A SERIOUS ISSUE, I WAS THAN JUMPED ON BY APPROX 9 INMATES AND HAD TO BE SENT TO OUTSIDE HOSPITAL FOR MY INJURIES. DEFENDANTS VIOLATED MY 8TH AND 14TH AMENDMENTS TO U.S.C.

#2 CLAIM. ON AT LEAST TWO SEPERATE DATES I SENT INMATE REQUEST SLIPS DIRECTLY TO THE SUPERINTENDANT AND ALSO A LETTER. APPROX 30 DAYS PRIOR TO THIS OCCURANCE. THE SUPERINTENDANT YOVK JOULIAN IGNORED MY REQUEST AND WAS DELIBERTLY INDIFFERANT

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

TO A SERIOUS PROBLEM. IT IS HER JOB TO ENSURE POLICY'S ARE BEING FOLLOWED AND THAT INMATES ARE SAFE. SHE DID NEITHER HER DELIBERATE INDIFFERANCE CAUSED ME TO COME TO HARM. VIOLATING MY 8TH AND 14TH AMENDMENTS TO U.S.C.

#3. CLAIM. TOM DART IS RESPONSSIBLE FOR ENACTING POLICIES TO ENSURE ALL INMATES ARE TREATED FAIRLY. HE HAS FAILED IN THIS CASE BECAUSE THERE IS NO POSTED MEMORANDUM OR GENERAL ORDERS REFLECTING THAT HISPANIC INMATES GET 1 HOUR OF SPANISH TV. CAUSING ME TO BE JUMPED ON AND SUFFER INJURIES. VIOLATING MY 8TH AND 14TH AMENDMENTS TO U.S.C.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$1,000,000.00 JOINT AND SEVERELY AGAINST ALL DEFENDANTS IN THERE INDIVIDUAL AND OFFICIAL CAPACITIES, FOR COMPENSATORY AND PUNATIVE DAMAGES.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of SEPT, 20 18

_Jaime Sanchez_
(Signature of plaintiff or plaintiffs)

JAIME SANCHEZ
(Print name)

#20171112181
(I.D. Number)

PO BOX 089002
CHICAGO IL 60608
(Address)

JAIME SANCHEZ III
#20171111218l
Div. 8. RTU-3A
Cook County Jail
P.O. Box 089002
CHICAGO IL 60608

OFFICE OF...

CLERK OF THE U.S. District Court
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

2018 SEP 26 AM 8:34
CLERK
U.S. DISTRICT COURT

09/26/2018-10


